194 So.2d 99

**Glynn J. HERNANDEZ**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

**No. 48549.**

Feb. 3, 1967.

In re: Glynn J. Hernandez applying for ·certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 192 So.2d 679.

Application not considered. Not filed within 30 days after rehearing was refused by the Court of Appeal. See Sec. 11 of Art. 7 of the Constitution; also Art. 2167 C.C.P.